# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **JEFF MCCOMAS, DR. BARBARA MORRIS**, M.D., and **DR. JENNIFER HARBERT**, M.D., <br><br>    Plaintiffs, <br><br> v. <br><br> **JARED POLIS**, in his official capacity as Governor of Colorado; **PHILIP J. WEISER**, in his official capacity as Colorado Attorney General; **JILL HUNSAKER RYAN**, in her official capacity as Executive Director of Colorado Department of Public Health & Environment; **ROLAND FLORES, JR.**, **ALAN SHACKELFORD**, **CHRISTOPHER CORDOVA**, **BECKETT CZARNECKI**, **CARRIE HORN**, **BRIANA MONEY**, **GABRIELLE MYKONIATIS**, **KIELY SCHULTZ**, **CHRISTOPHER BATES**, **AMY COHEN**, **RAFAEL MALGOR**, **MAIDUL (MAY) MEHMUD**, **ANDREW NYBERG**, **MICHELLE KOWALIS**, **BRETT BIRD**, **BRIAN GONZALES**, and **PETER KENNEALEY**, in their official capacities as Members of the Colorado Medical Board; **ALEXIS KING**, in her official capacity as the District Attorney for the 1st Judicial District; **ANNE E. KELLY**, in her official capacity as the District Attorney for the 12th Judicial District, <br><br>    Defendants. | Civil Action No. 1:25-cv-01618-NRN |

## SUMMONS IN A CIVIL ACTION

To: **BECKETT CZARNECKI**, in her official capacity as a Member of the Colorado Medical Board, 1560 Broadway, Suite 1350, Denver, Colorado 80202.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiffs or the plaintiffs' attorneys, whose names and addresses are:

Michael C. Theis (#17079)
Elizabeth A. Och (#47566)
Edwin E. (Steve) Bruns (#58248)
HOGAN LOVELLS US LLP
1601 Wewatta St. Ste. 900
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____          _____
                                    *Signature of Clerk of Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____

*Plaintiff(s)*

v.   Civil Action No.

_____

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  _____      _____
                                                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: